UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ZABAN, CINDY B. §   Case No. 10-56569
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF BANKRUPTCY COURT
        219 S. Dearborn Street, Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 06/20/2014 in Courtroom ,

        North Branch Court
        1792 Nicole Lane
        Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                                          Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ZABAN, CINDY B. § Case No. 10-56569
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,250.53 |
| and approved disbursements of | $ | 241.53 |
| leaving a balance on hand of[1] | $ | 5,009.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,275.05 | $ 0.00 | $ 1,275.05 |
| Trustee Expenses: JOSEPH E. COHEN | $ 33.06 | $ 0.00 | $ 33.06 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,102.00 | $ 0.00 | $ 1,102.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 17.11 | $ 17.11 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,410.11 |
| Remaining Balance | $ 2,598.89 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,338.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 14,633.09 | $ 0.00 | $ 942.76 |
| 000002 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>MBNA America Bank NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 7,609.26 | $ 0.00 | $ 490.24 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 3,184.08 | $ 0.00 | $ 205.14 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 9,367.91 | $ 0.00 | $ 603.54 |
| 000005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 5,544.41 | $ 0.00 | $ 357.21 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,598.89 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Cindy B. Zaban  
      Debtor

Case No. 10-56569-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: nmolina     Page 1 of 1     Date Rcvd: May 15, 2014  
                          Form ID: pdf006     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2014.
```
db           #+Cindy B. Zaban,    1162 Sumner Circle,    Gurnee, IL 60031-4021
16585586      American Express,    P.O. Box 0001,    Los Angeles, CA 90096-0001
18007902      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17692995     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   FIA CARD SERVICES, N.A.,     Bank of America NA (USA),
               MBNA America Bank NA,    PO Box 15102,    Wilmington, DE 19886-5102)
16585587      Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
16585588     +Bank of America, NA,    P.O. Box 660807,    Dallas, TX 75266-0807
16585591     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Citi Cards,     P.O. Box 688901,    Des Moines, IA 50368-8901)
16585590      Chase,   Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
16585589     +Chase,   Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
17728904      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16585593     +EMC Mortgage Corp.,    P.O. Box 293150,    Lewisville, TX 75029-3150
16585594      GM Card,    HSBC Card Services,    P.O. Box 37281,    Baltimore, MD 21297-3281
16585595     +Heartworks CPR, Inc.,    P.O. Box 201,    Gurnee, IL 60031-0201
16585596     +Peter J. Petropoulos,    P.O. Box 7979,    Gurnee, IL 60031-7007
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16585592     +E-mail/PDF: mrdiscen@discoverfinancial.com May 16 2014 01:00:58      Discover,    P.O. Box 6103,
               Carol Stream, IL 60197-6103
17686762      E-mail/PDF: mrdiscen@discoverfinancial.com May 16 2014 01:00:58      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2014                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2014 at the address(es) listed below:
```
              Joseph E Cohen     on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Lydia Y Siu     on behalf of Creditor    EMC Mortgage Corporation lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert R Benjamin     on behalf of Debtor Cindy B. Zaban rrbenjamin@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchrist
               ie.com;tstephenson@golanchristie.com
                                                                                              TOTAL: 5
```