# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
ZABAN, CINDY B.                           §        Case No. 10-56569
                                          §
           Debtor(s)                      §

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America, NA P.O. Box 660807 Dallas, TX 75266 |  |  |  |  |  |
|  | EMC Mortgage Corp. P.O. Box 293150 Lewisville, TX 75029 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN, ATTORNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | Bank of America P.O. Box 15019 Wilmington, DE 19886-5019 | | | | | |
| | Chase Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886 | | | | | |
| | Citi Cards P.O. Box 688901 Des Moines, IA 50368-8901 | | | | | |
| | Discover P.O. Box 6103 Carol Stream, IL 60197 | | | | | |
| | GM Card HSBC Card Services P.O. Box 37281 Baltimore, MD 21297-3281 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:     1

Exhibit 8

| | |
|---|---|
| Case No:      10-56569    ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:         JOSEPH E. COHEN |
| Case Name:     ZABAN, CINDY B. | Date Filed (f) or Converted (c):   12/23/10 (f) |
| | 341(a) Meeting Date:     02/04/11 |
| For Period Ending:  08/13/14 | Claims Bar Date:     11/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Single Family Dwelling 5866 N. Luna Chicago, IL 60 | 235,000.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America - Checking Account | 70.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America - Savings Account | 90.00 | 0.00 | | 0.00 | FA |
| 4. PNC Bank- Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 5. PNC Bank- Savings Account | 50.00 | 0.00 | | 0.00 | FA |
| 6. Peter J. Petropoulos (security deposit for residen | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 7. Household Goods and Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9. 50% Interest in Heartworks CPR, Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 10. Illinois Emergency Medical Technician | 1.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Cadillac SRX | 7,000.00 | 2,112.00 | | 5,250.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.53 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $245,912.00 | $4,312.00 | | $5,250.53 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF DEBTOR'S CADILLAC.  TRUSTEE SOLD CAR BACK TO DEBTOR.  TRUSTEE IS STARTING TO PREPARE HIS

FINAL REPORT - January 15, 2014.  TFR WAS FILED WITH THE COURT AND DISTRIBUTION MADE.  TRUSTEE IS FILING HIS TDR -

August 13, 2014.

Initial Projected Date of Final Report (TFR): 01/31/13        Current Projected Date of Final Report (TFR): 03/30/14

Ver: 18.00b

FORM 2    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-56569  -ABG | |
| Case Name: | ZABAN, CINDY B. | |

| | |
|---|---|
| Taxpayer ID No: | *******0518 |
| For Period Ending: | 08/13/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2127  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 5,174.69 | | 5,174.69 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.19 | 5,171.50 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.30 | 5,168.20 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.19 | 5,165.01 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.29 | 5,161.72 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,151.72 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 5.43 | 5,146.29 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,136.29 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,126.29 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,116.29 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,106.29 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,096.29 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,086.29 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,076.29 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,066.29 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,056.29 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,046.29 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,036.29 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,026.29 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,016.29 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 7.29 | 5,009.00 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 06/23/14 | 300003 | JOSEPH E. COHEN | Trustee Fees | | | 1,308.11 | 3,700.89 |

| | | |
|---|---|---|
| Page Subtotals | 5,174.69 | 1,473.80 |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 18.00b

Page:    2

**Exhibit 9**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-56569 -ABG |
| Case Name: | ZABAN, CINDY B. |

| Taxpayer ID No: | *******0518 |
| For Period Ending: | 08/13/14 |

| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2127  Checking Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Trustee Fees | | | | |
| | | | Fees          1,275.05 | 2100-000 | | | |
| | | | Expenses          33.06 | 2200-000 | | | |
| 06/23/14 | 300004 | COHEN & KROL<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 734.67 | 2,966.22 |
| 06/23/14 | 300005 | JOSEPH E. COHEN, Attorney<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 367.33 | 2,598.89 |
| 06/23/14 | 300006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 6.44266% | 7100-000 | | 942.76 | 1,656.13 |
| 06/23/14 | 300007 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>MBNA America Bank NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000002, Payment 6.44268% | 7100-000 | | 490.24 | 1,165.89 |
| 06/23/14 | 300008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 6.44268% | 7100-000 | | 205.14 | 960.75 |
| 06/23/14 | 300009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 6.44263% | 7100-000 | | 603.54 | 357.21 |
| 06/23/14 | 300010 | American Express Bank, FSB<br>c o Becket and Lee LLP | Claim 000005, Payment 6.44271% | 7100-000 | | 357.21 | 0.00 |

|  | Page Subtotals | 0.00 | 3,700.89 | |
|---|---|---|---|---|

Ver: 18.00b

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-56569  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ZABAN, CINDY B. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2127  Checking Account |
| Taxpayer ID No: | *******0518 | | |
| For Period Ending: | 08/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POB 3001 Malvern, PA 19355-0701 | | | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 5,174.69 | 5,174.69 | 0.00 |
| Less:  Bank Transfers/CD's | | 5,174.69 | 0.00 | |
| Subtotal | | 0.00 | 5,174.69 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 5,174.69 | |

Page Subtotals      0.00          0.00

Ver: 18.00b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 10-56569  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ZABAN, CINDY B. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1896  BofA - Money Market Account |
| Taxpayer ID No: | *******0518 | | |
| For Period Ending: | 08/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/11 | 11 | CINDY ZABAN | Sale of Vehicle | 1129-000 | 1,750.00 | | 1,750.00 |
| 08/11/11 | 11 | CINDY ZABAN | Sale of Vehicle | 1129-000 | 1,750.00 | | 3,500.00 |
| 08/11/11 | 11 | CINDY ZABAN | Sale of Vehicle | 1129-000 | 1,750.00 | | 5,250.00 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 5,250.03 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,250.07 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,250.11 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.69 | 5,243.42 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,243.46 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.46 | 5,237.00 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,237.04 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.46 | 5,230.58 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,230.63 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.86 | 5,223.77 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,223.81 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.21 | 5,217.60 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 4.39 | 5,213.21 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,213.25 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.41 | 5,206.84 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 5,206.88 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.62 | 5,200.26 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,200.30 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.61 | 5,193.69 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,193.73 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.17 | 5,187.56 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,187.61 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.80 | 5,180.81 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 5,180.85 |

| | | | Page Subtotals | | 5,250.53 | 69.68 | |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 18.00b

Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-56569  -ABG | |
| Case Name: | ZABAN, CINDY B. | |
| Taxpayer ID No: | *******0518 | |
| For Period Ending: | 08/13/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1896  BofA - Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 6.16 | 5,174.69 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 5,174.69 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 5,250.53 | 5,250.53 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 5,174.69 | |
| Subtotal | | 5,250.53 | 75.84 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 5,250.53 | 75.84 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2127 | 0.00 | 5,174.69 | 0.00 |
| BofA - Money Market Account - *******1896 | 5,250.53 | 75.84 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 5,250.53 | 5,250.53 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00              5,180.85

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*